IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIHRETU BULTI DASISA,

    Plaintiff,                             No. CIV S-06-2750 LKK EFB PS

    vs.

CALIFORNIA STATE UNIVERSITY
BOARD OF EDUCATION (TRUSTEE),

    Defendant.                        ORDER

_____/

        On March 13, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on March 26, 2007, and they were considered by the undersigned.

        The court notes that in the objections, plaintiff asserts that this case was transferred to this district from the District of Columbia. Plaintiff is incorrect; this action was originally filed in this district by plaintiff. See Complaint, at docket entry no. 1.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

1

1  (1982). As to any portion of the proposed findings of fact to which no objection has been made,
2  the court assumes its correctness and decides the motions on the applicable law. See Orand v.
3  United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are
4  reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
5  1983).

6        The court has reviewed the applicable legal standards and, good cause appearing,
7  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
8  Accordingly, IT IS ORDERED that:

9        1. The proposed Findings and Recommendations filed March 13, 2007, are
10 ADOPTED; and

11       2. This action is dismissed.

12 DATED: May 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2