1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIHRETU BULTI DASISA,

11           Plaintiff,                          No. CIV S-06-2750 LKK EFB PS

12        vs.

13   CALIFORNIA STATE UNIVERSITY
     BOARD OF EDUCATION (TRUSTEE),
14
             Defendant.                          ORDER
15   _____/

16        On July 16, 2007, plaintiff filed a document entitled "Motion for Rehearing Petition To

17   Administrate Judges Hearing Office."  This civil action was closed on May 8, 2007, when the

18   case was dismissed and judgment was entered.  Plaintiff's subsequent request entitled "relief

19   from judgment" was denied on July 6, 2007.  Plaintiff's recent filing does not appear to be one

20   contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document

21   will be placed in the file and disregarded.  Plaintiff is advised that the court will disregard and

22   issue no response to any future filings in this closed case.

23        IT IS SO ORDERED.

24   DATED:   July 27, 2007.

25                                          _____
                                            EDMUND F. BRENNAN
26                                          UNITED STATES MAGISTRATE JUDGE