IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIHRETU BULTI DASISA,

     Plaintiff,                      No. CIV S-06-2750 LKK EFB PS

     vs.

CALIFORNIA STATE UNIVERSITY
BOARD OF EDUCATION (TRUSTEE),

     Defendant.                <u>ORDER</u>

      /

     Plaintiff, proceeding in this action *in propria persona*, was granted leave to proceed *in forma pauperis* on January 22, 2007. However, on May 8, 2007, the court adopted findings and recommendations of the magistrate judge and dismissed the action for failure to state a claim. 28 U.S.C. § 1915(e)(2); Fed. R. Civ. P. 8, 12. Plaintiff has filed an appeal from that order.

     Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party who was permitted to proceed *in forma pauperis* in the district court action may proceed on appeal *in forma pauperis* unless the district court certifies that the appeal is not taken in good faith and states in writing its reasons for such finding. Fed. R. App. P. 24(a)(3).

     The court finds that plaintiff's appeal is frivolous and not taken in good faith because the underlying complaint alleged no cognizable basis for this court's jurisdiction and failed to state a claim for which relief could be granted. Neither the Notice of Appeal nor any other document

1

1  filed by plaintiff since the court dismissed the action has cured those deficiencies.
2      SO ORDERED.
3  DATED: October 3, 2007.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2